In re:                                                                        Case No. 20-60006-rk
Michele M. Park                                                               Chapter 7
          Debtor
                                    **CERTIFICATE OF NOTICE**

District/off: 0647-6          User: admin              Page 1 of 2              Date Rcvd: Jan 07, 2020
                              Form ID: 309A             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db            +Michele M. Park,    3311 SPOREBRANDYWINE RD,    Bucyrus, OH 44820-9303
26399173       AEP Ohio,    PO Box 24401,    Canton, OH 44701-4401
26399174       ARS Account Resolution,     PO Box 459079,    Sunrise, FL 33345-9079
26399175       Akron Billing Center,    Emergency Professional Services,    3585 Ridge Park Drive,
               Akron, OH 44333-8203
26399181       Computer Collections Inc,    470 W. Hanes Mill Road,    PO Box 5238,
               Winston Salem, NC 27113-5238
26399188       HRRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
26399189      +Integrity Auto and Truck Sales,    1635 Marion Road,    Bucyrus, OH 44820-3116
26399192      +JP Recovery Services,    PO Box 16749,    Rocky River, OH 44116-0749
26399193      +John Allen Holmes,    76 N Mulberry St,    Mansfield, OH 44902-1241
26399196      +Medcentral Health System,    PO Box 8135,    Mansfield, OH 44901-8135
26399197      +NCB Management Services Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
26399199      +Riverside Radiology & Interventional Assoc.,    3525 Olentangy River Road,    Ste. 5360,
               Columbus, OH 43214-3937
26399200       Shellpoint Mortgage Servicing,    PO Box 619063,    Dallas, TX 75261-9063
26399202      +Wyandot Memorial Hospital,    885 North Sandusky Avenue,    Upper Sandusky, OH 43351-1098

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: pmiller@lawlh.com Jan 07 2020 23:16:25    Patrick D. Miller,
               Luftman, Heck & Associates,    2012 West 25th Street, Suite 701,    Cleveland, OH 44113
tr            +EDI: FAJDEGIROLAMO.COM Jan 08 2020 03:58:00    Anthony J. DeGirolamo, Trustee - Mansfield,
               3930 Fulton Drive NW, Suite 100B,    Canton, OH 44718-3040
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jan 07 2020 23:18:01    Cynthia J. Thayer,
               US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
26399176      +E-mail/Text: ljenkins@avitahs.org Jan 07 2020 23:19:44    Avita Health System,
               269 Portland Way S,    Galion, OH 44833-2312
26399178       E-mail/Text: bankrupt@choicerecovery.com Jan 07 2020 23:16:28    Choice Recovery,
               1550 Old Henderson Roac,    Ste. 100,    Columbus, OH 43220
26399180       E-mail/Text: bankrupt@choicerecovery.com Jan 07 2020 23:16:28    Choice Recovery,
               1550 Old Henderson Road,    Columbus, OH 43220
26399179       E-mail/Text: bankrupt@choicerecovery.com Jan 07 2020 23:16:28    Choice Recovery,
               1550 Old Henderson Road,    Ste. 100,    Columbus, OH 43220
26399177      +E-mail/Text: kford@curecovery.com Jan 07 2020 23:19:35    CU Recovery,
               26263 Forest Boulevard,    Wyoming, MN 55092-8033
26399182      +EDI: CCS.COM Jan 08 2020 03:58:00    Credit Collection Services,    725 Canton Street,
               Norwood, MA 02062-2679
26399183      +E-mail/Text: kroscoe@drsohio.com Jan 07 2020 23:16:32    Debt Recovery Solution,
               1669 Lexington Avenue,    Ste A,    Mansfield, OH 44907-2944
26399184       E-mail/Text: electronicbkydocs@nelnet.net Jan 07 2020 23:18:41    Department of Education,
               PO Box 1920,    St. Paul, MN 55101-0920
26399185      +EDI: ESSL.COM Jan 08 2020 03:58:00    Dish Network,    9601 South Meridian Boulevard,
               Englewood, CO 80112-5905
26399186      +EDI: PHINAMERI.COM Jan 08 2020 03:58:00    GM Financial,    801 Cherry Street,    Ste 3900,
               Fort Worth, TX 76102-6839
26399187       E-mail/Text: dleabankruptcy@hrblock.com Jan 07 2020 23:17:11    H&R Block,    c/o Conduent,
               PO Box 30674,    Salt Lake City, UT 84130-0674
26399190       EDI: IRS.COM Jan 08 2020 03:58:00    Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
26399194      +E-mail/Text: processing@keybridgemed.com Jan 07 2020 23:19:10    Key Bridge,
               2348 Baton Rouge,    Lima, OH 45805-1167
26399195       E-mail/Text: info@meadeandassociates.com Jan 07 2020 23:16:38    Meade & Associates Inc,
               737 Enterprise Drive,    Lewis Center, OH 43035-9436
26399198      +E-mail/Text: oh_bankruptcy@ohiohealth.com Jan 07 2020 23:18:32    OhioHealth,
               180 East Broad Street,    Columbus, OH 43215-3707
26399201      +E-mail/Text: BKRMailOps@weltman.com Jan 07 2020 23:18:50    Weltman, Weinberg & Reis,
               3705 Marlane Drive,    Grove City, OH 43123-8895
                                                                                        TOTAL: 19


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26399191*     +Internal Revenue Service - Insolvency Group 6,    1240 East Ninth Street,    Room 493,
               Cleveland, OH 44199-9904
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              Anthony J. DeGirolamo, Trustee - Mansfield    ajdlaw@sbcglobal.net,
          ad@trustesolutions.com;amber_weaver@sbcglobal.net;AD07@trustesolutions.net
              Patrick D. Miller    on behalf of Debtor Michele M. Park pmiller@lawlh.com,  lsekanic@lawlh.com,
          pmiller@ecf.courtdrive.com
                                                                                        TOTAL: 2

| | | |
|---|---|---|
| Debtor 1 | **Michele M. Park** | Social Security number or ITIN   **xxx–xx–2794** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Ohio** | | Date case filed for chapter  **7   1/3/20** |
| Case number:   **20–60006–rk** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Michele M. Park | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 3311 SPOREBRANDYWINE RD Bucyrus, OH 44820 | | |
| 4. | **Debtor's attorney** Name and address | Patrick D. Miller Luftman, Heck & Associates 2012 West 25th Street, Suite 701 Cleveland, OH 44113 | | Contact phone 216–586–6600  Email:  pmiller@lawlh.com |
| 5. | **Bankruptcy trustee** Name and address | Anthony J. DeGirolamo, Trustee – Mansfield 3930 Fulton Drive NW, Suite 100B Canton, OH 44718 | | Contact phone 330–305–9700  Email:  ajdlaw@sbcglobal.net |

For more information, see page 2 >

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>www.ohnb.uscourts.gov. | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone 330–458–2120<br><br>Date: 1/7/20 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 20, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date.<br>If so, the date will be on the court docket.<br><br>*** **Valid photo identification required** ***<br>*** **Proof of Social Security Number required** *** | Location:<br><br>**City Council Chambers, Mansfield Municipal Complex, 30 North Diamond St, Mansfield, OH 44902** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/20/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |